**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **HIRE IMAGE LLC.,** | ) | |
| | ) | CA 07 293S |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **No.** ________ |
| | ) | |
| **UNIFIED TECHNOLOGIES PVT. LTD.** | ) | |
| **d/b/a TechUnified** | ) | |
| | ) | |
| **Defendant.** | ) | |

**COMPLAINT**

Plaintiff alleges:

1. Plaintiff is a corporation incorporated under the laws of the State of Florida having its principal place of business in the State of Rhode Island, and defendant is a corporation organized and existing under the laws of Bangalore, India with its principal place of business in Bangalore, India. The matter in controversy exceeds, exclusive of interest and costs, the sum specified by 28 U.S.C. § 1332.

2. Plaintiff corporation, Hire Image LLC, has offices at 6 Alcazar Avenue, Johnston, RI 02919. The contract that is the subject of this complaint was signed by Christine Cunneen, CEO of Hire Image LLC, at these offices within the District of Rhode Island.

3. Defendant corporation, TechUnified, is located at Arden Fair, Pai Layout, Old Madras Road, Bangalore—560016, India, and is engaged in the business of software development, offering its products globally.

4. On May 19th, 2006 plaintiff corporation entered into a software development contract with the defendant corporation. This contract provided that defendant corporation, TechUnified, would develop a system that would enable Hire Image to serve its clients through the Internet. The contract also contained detailed specifications of the project, including that the term of the engagement was to run ten and a half (10.5) calendar months, four and a half (4.5) months of development and six (6) months of warrant support; and that the price of the project would be seventy seven thousand dollars ($77,000) with payment linked to milestone achievement. Ownership of the source code was to be transferred to plaintiff corporation, Hire Image LLC. See Contract, attached hereto as Exhibit A.

5. When agreeing to the contract, plaintiff corporation, Hire Image LLC, relied on representations made by defendant corporation, TechUnified, boasting of significant experience and numerous employees worldwide. However, these representations were learned to be false, as the meager performance on the contract revealed TechUnified's experience to be extremely limited and project development was subcontracted out to another entity.

6. As of May 22, 2007, defendant corporation, TechUnified, had failed to meet any of the deadlines for the milestones specified within the contract drafted by TechUnified. Additionally, in an email on May 5, 2007, defendant corporation TechUnified expressed that they could not provide any assurances to Hire Image with regard to the completion of the project. See email, attached hereto as Exhibit B.

7. As of May 22, 2007, plaintiff corporation, Hire Image LLC, has paid defendant corporation TechUnified Fifty Nine Thousand Six Hundred Seven Dollars **($59,607.00)**, and has not yet received the product for which Hire Image LLC had contracted.

8. Additionally, plaintiff corporation, Hire Image LLC, has incurred Fourty Two Thousand One Hundred Eighty Dollars (**$42,180.00**) in charges to have defendant corporation, TechUnified's, sub-standard work examined for viability, and having errors identified. See Examples of TU (TechUnified) Incompetence, attached hereto as Exhibit C.

9. It is estimated that plaintiff corporation, Hire Image LLC, will need to invest an additional approximately Eighty Five Thousand Dollars (**$85,000.00**) in order to create the software that defendant corporation, TechUnified, failed to produce.

10. Based upon the foregoing, defendant corporation, TechUnified, has breached its contract with the plaintiff corporation, Hire Image LLC.

**WHEREFORE**, plaintiff requests judgment against defendant as follows:

1. Damages in the amount of One Hundred One Thousand Seven Hundred Eighty Seven Dollars ($**101,787.00**); and
2. Plaintiff's costs in this action, attorney's fees as provided for in R.I.G.L. §9-1-45, and statutory interest as provided for in R.I.G.L. §9-21-10.

Dated: August 6, 2007

Plaintiff,
By Its Attorney

Tracy J. Steinbach

Tracy J. Steinbach, Esq. #7492
Kaplan & Associates Inc.
1100 Turks Head Building
Providence, Rhode Island 02903
401-272-9000
401-272-9020 (facsimile)

**CERTIFICATION**

I hereby certify that on the 6 day of August, 2007, I caused to be served a true copy of the foregoing, by international registered mail, postage prepaid, return receipt requested, upon:

Unified Technologies Pvt. Ltd.
Arden Fair, Pai Layout, 5th Floor
Old Madras Road
Bangalore—560016, India
Attn: Shashwat Kumar

Chandraprakash
Lex Global Legal Consultants
Chamber No. 20A, Lawyers Chambers
Supreme Court of India
New Delhi—110001, India

Michelle [signature]