# Software Development Contract

## Project Name: "Web Based Applicant Background Screening System"

Between

Unified Technologies (P) Ltd
Arden Fair, Pai Layout,
Old Madras Road,
Bangalore
(in the following referred to as TechUnified)

And

Hire Image
440, East Sample Road Suite 204,
Pompano Beach, FL 33064
(in following referred to as Hire Image)

hireimage

## Table of Contents

DISCLAIMER .......... 3
EXECUTIVE SUMMARY .......... 3
BACKGROUND .......... 3
1. INTRODUCTION .......... 3
2. SCOPE OF WORK .......... 3
3. TECHNICAL ARCHITECTURE .......... 3
4. DEVELOPMENT METHODOLOGY .......... 3
5. PROJECT PLAN .......... 3
6. PROJECT ORGANIZATION .......... 3
7. ADMINISTRATIVE ISSUES AND CHANGE CONTROL .......... 3
8. RISK MANAGEMENT .......... 3
9. PRICING .......... 3

## Disclaimer

The information in this proposal shall not be disclosed outside Hire Image and shall not be duplicated, used, or disclosed in whole or in part for any purpose other than to evaluate the proposal, provided that if a contract is awarded to TechUnified as a result of or in connection with the submission of this proposal, Hire Image shall have the right to duplicate, use, or disclose the information to the extent provided by the contract.

## Executive Summary

Hire Image LLC is one the leading service providers in the field of background checks and employment screening. Due to the increased requirements safety, security and legal concerns increasingly large number of companies now introduce background checks as an integral part of their hiring process. This has not only has resulted in the growth of this industry but also possesses the challenges of growth and improved customer service to Hire Image. As a measure to improve the customer satisfaction by means of easy and error-free access to its services namely the background data of candidates, Hire Image has envisioned the development of a system to serve its clients through the Internet.

We at TechUnified are pleased to participate in assisting Hire Image to develop the above web based application. We believe that this system will help Hire Image achieve its strategic goals and leveraging an offshore based software development and IT consulting company for the same is a step in the right direction.

Our solution combines elements of process, governance and technology that collectively will address requirements of Hire Image, while bringing to bear our expertise in developing HR systems using open technologies. Moreover, building upon our core execution model, we will incorporate measures that will ensure proper documentation. TechUnified proposes to build the Hire Image application using **3-tier architecture** and execute the development process using the **Waterfall methodology**.

The total duration of this engagement is **10.5 calendar months**. This includes 4.5 months of development and 6 months of warrant support. The project will be executed **completely (100%) offshore** with the implementation being executed remotely by the offshore development team.

Based on our understanding and our solution offering, TechUnified proposes to execute this project on a **Fixed Price** basis as per the project plan outlined in section 3. The total cost of this project for Hire Image will be **USD 77,000** with payment linked to milestone achievement. Ownership of the source code will be transferred to Hire Image on project delivery.



Apr 17 07 10:29a ADMIN 401-490-2232 p.1

## Background

TechUnified is an IT Consulting, Software Development and Systems Integration Company having offices in India and UK with global partners in India, USA and Germany.

Quality has been a cornerstone of our culture and we empower the same quality along with our global partners. We have a dedicated team of experienced resources who have executed mission critical projects for major organizations globally.

We take pride in a client base that includes many of the reputed organizations like Baxter, TUV, Citibank, ANZ Grindlays Bank, IBM, Hire Image and many others.

TechUnified and its extended arm partners have technology alliances with IT majors like IBM, Oracle, Sun Microsystems and Microsoft. We are pleased to present an approach that is sensitive to the issues described in your request. We appreciate your interest in our solutions and hope to have the opportunity to initiate this relationship.

# 1. Introduction

This document discusses TechUnified's proposal to Hire Image and gives a detailed description of the Scope of the Work, Technical Architecture, Development Methodology, Commercials and the Support & Implementation.

To enable Hire Image their customers better and faster TechUnified is presenting a proposal to develop a web-based project using which:

Customers of Hire Image can request online background checks and other screening services, track pending and completed reports, and securely retrieve and archive completed employment background checks in a 24/7 mode.

Hire Image researchers involved in background screening process can update their findings online thus making it available and accessible ASAP.

Hire Image employees can manage profiles of customers, applicants and researchers. Invoice creation, MIS report generation and package creation can also be done online which will get reflected on the Hire Image website without any latency.

Applicants can enter their profile and approval for background check online.

TechUnified proposes to complete the implementation of this project within 4.5 calendar months from the project kick-off day. Source code will be delivered to Hire Image so they can have full control over the system.

## 2. Scope of Work

The scope of work is to develop a system that performs the following activities:

- Automated Online System for people verification.
- Integrated system with client-server architecture to serve all the stakeholders namely Administrators, Users, Client, Researcher, and Applicants
- Different access level for different category of users
- Integrated Invoicing
- Comprehensive reporting
- Bulk upload/download of data
- Flexible architecture with functionality to add extra modules/plug-ins
- Functionality to incorporate XML feeds from third party data providers

The proposed Hire Image system is comprised of 4 main modules:

1. **Hire Image Module**

   The principal module of the entire system. It contains the functions to be accessed by Hire Image's staff of different roles and responsibilities. Some common applications would be the profile maintenance for Clients, Applicants and Researchers; invoice creations, etc. advanced administrative features are also available to Hire Image's top executives.

2. **Client Module**

   This module provides system interfaces for Hire Image's Clients to submit requests for applicant screening, view request results, and perform basic maintenance of information pertaining to client users and corporate/branch level profiles.

3. **Researcher Module**

   This module provides the system interface for Hire Image's Researchers to receive and view assignments for field investigations and also the option to enter investigated results directly online. Researchers can also view reports of their activity on monthly basis.

4. **Applicant Module**

   This module provides the system interface for a Client's prospective Applicants to fill out the "Applicant Screening Consent Form" online by providing the required detailed profile and consent for background screening . Eliminates the need for the client to enter the applicant data.

The table below lists the menu items for each module. Note that the available functions for each system user is dependent on his/her defined user role. A detailed explanation of each function can be found throughout this Document as specified in the "File Name" column.

| Module | Main Menu Items | 2nd Level Menu Items | 3rd Level Menu Items | File Name |
|---|---|---|---|---|
| Hire Image | Login Dashboard | | | *13 - HIRE01 Functional Specification - All Modules - Dashboards.doc* |
| | My Workspace | Client | Enter Request on Client's Behalf | *02 - HIRE01 Functional Specification - HI - Hire Image Workspace.doc* |
| | | | Upload Bulk Requests | |
| | | | Add Client Profile | |
| | | | Edit Client Profiles | |
| | | | Add Branch Profile | |
| | | | Edit Branch Profiles | |
| | | | Add Client User | |
| | | | Edit Client Users | |
| | | | User Maintenance by Client | |
| | | Applicants | Add Applicant | |
| | | | List Applicants | |
| | | Researcher | Add Researcher | |
| | | | List Researchers | |
| | | | Enter Investigated Results | |
| | Hire Image Settings | User Maintenance | My Profile | *03 - HIRE01 Functional Specification - HI - Hire Image Administration.doc* |
| | | | Add Hire Image User | |
| | | | List Hire Image Users | |
| | | Service Items | Add Package Deal | *04 - HIRE01 Functional Specification - HI - Service Items.doc* |
| | | | List Package Deals | |
| | | | Service Item Configuration | |
| | | | Set Researcher per Jurisdiction | |
| | | Billings | Create Invoice | *05 - HIRE01 Functional Specification - HI - Billings.doc* |
| | | | View Pending Invoices | |
| | | | View Completed Invoices | |
| | | | State Sales Tax Maintenance | |
| | Reporting | Report Request Search | | *06 - HIRE01 Functional Specification - HI - Reporting.doc* |
| | | Sales Reports | | |
| | | Export Pending Request Results | | |

## Hire Image Module - Add Utility section (county look-up)

| Module | Main Menu Items | 2nd Level Menu Items | 3rd Level Menu Items | File Name |
|---|---|---|---|---|
| Client | Login Dashboard | | | *13 - HIRE01 Functional Specification - All Modules - Dashboards.doc* |
| | My Workspace | Request Entry | Enter Request | *07 - HIRE01 Functional Specification - Client - Request Entry.doc* |
| | | | Upload Bulk Requests | |
| | | View Results | View Pending Requests | *08 - HIRE01 Functional Specification - Client – View Results.doc* |
| | | | View Completed Requests | |
| | Administration | My Profile | | *09 - HIRE01 Functional Specification - Client - Administration.doc* |
| | | Client Profile | | |
| | | Branch Profile | Add a Branch Profile | |
| | | | List Branch Profiles | |
| | | User Maintenance | Add a Client User | |
| | | | List Client Users | |
| | | Re-Assign Applicants | | |
| | | Billing | | |
| | Reporting | Search Records | | *10 - HIRE01 Functional Specification - Client - Search Features.doc* |
| | Utilities | Search County by Zip | | |
| | | Search County by City/State | | |

**Client module – should include area to allow for applicant's to be assigned a unique password in order to have applicant enter their own data. Application goes to a "pending submission". Client must submit application to Hire Image (can submit all applications with push of one button). Client can choose to run package deal or choose separate services to run (client can choose to apply to all applications, so they do not have to open each application, separately.**



Apr 17 07 10:30a ADMIN 401-490-2232 p.5

TechUnified
In sync with IT



| Module | Main Menu Items | 2nd Level Menu Items | 3rd Level Menu Items | File Name |
|---|---|---|---|---|
| Researcher | Log n Dashboard | | | *13 - HIRE01 Functional Specification - All Modules - Dashboards.doc* |
| | My Workspace | New Assignments | | *11 - HIRE01 Functional Specification - Researcher Module.doc* |
| | | Assignments In Progress | | |
| | | Completed Assignments | | |
| | | Search Assignments | | |
| | My Profile | | | |
| | Monthly Activity Report | | | |
| | Utilities | Search County by Zip | | |
| | | Search County by City/State | | |

Researcher Module – Researcher can submit results on system.

| Module | Main Menu Items | 2nd Level Menu Items | 3rd Level Menu Items | File Name |
|---|---|---|---|---|
| Applicant | N/A | | | *12 - HIRE01 Functional Specification - Applicant Module.doc* |

Applicant Module – Applicant logs in with unique client ID (all they can see is application to be filled out and a few informational forms. Once information is completed, applicant submits and is logged out of system. Application goes to client's "pending submission" box and client must submit before Hire Image receives request.

## 3. Technical Architecture

- Software will be developed using 3-tier architecture, namely backend database, business logic and presentation layer. The backend database is assumed to be SQL Server.
- The latest .NET platform version 2.0 will be used in development.
- Reports will be in HTML format. In case a different format is needed, the client will have to provide appropriate plug-ins.
- Invoices will be generated taking into account sales taxes of different states.






Apr 17 07 10:30a ADMIN 401-490-2232 p.7

Following are the technologies and platforms that would be used to develop the application

| Technology | Specification |
|---|---|
| Presentation tier technologies | |
| Infrastructure | IIS |
| Programming model | ASP.NET, HTML, JavaScript |
| | |
| Middle tier technologies | |
| Infrastructure | COM+ |
| Programming tool | Visual Studio.NET |
| | |
| Data tier technologies | |
| Relational DB API | ADO.NET |
| Database storage | Microsoft SQL Server |
| | |
| Operating System | Windows Server 2003 |

Proposed .NET platform architecture should be able to take the advantage of the following requirements

- . NET Infrastructure and Tools: The infrastructure and tools to build and operate web based system, including Visual Studio. NET, the .NET Enterprise Servers, the .NET Framework.
- . NET Foundation Services: The .NET services are a set of information sharing services for the Internet, such as Passport.NET (for user authentication) and services for file storage, user preference management, and calendar management
- . NET Connectivity to Database: ADO.NET will be used to connect to the MS SQL Server database
- . NET User Interface: ASP.NET, HTML and JavaScript will be used to develop the presentation layer
- DLL: Components developed with C# will house the business logic like invoicing, reports, form logic etc.
- SQL Server: The database will house 3NF tables to hold static and dynamic data. Stored procedures will read, write and delete the data from these tables
- XML: Standard .NET XML features will be used for connectivity to external parties using XML standards

## 4. Development Methodology

TechUnified and its partner are SEI-CMM Level 5 Company. This is the highest level of maturity in software development that any organization can aim at. We follow Waterfall model in all our software development activities to be a transparent through out the complete software development lifecycle. This section gives a brief overview of the process.

All projects can be managed better when segmented into a hierarchy of chunks such as phases, stages, activities, tasks and steps. In system development projects, the simplest rendition of this is called the " waterfall methodology, as shown in the following figure:




The waterfall approach emphasizes a structured progression between defined phases. Each phase consists of a definite set of activities and deliverables that must be accomplished before the following phase can begin. In addition, different people are usually involved during each phase. Strengths of the waterfall approach include the ease of analyzing potential changes, the ability to coordinate large distributed teams, predictable dollar budgets, and the relatively small amount of time required from subject matter experts. Hire Image will be involved in every review milestone in the illustration above.

Primarily, a waterfall methodology structures a project into distinct phases with defined deliverables from each phase. The phases are always named something different, depending on which company is trying to differentiate its own particular flavor, but the basic idea is that the first phase tries to capture *What* the system will do (its requirements), the second determines *How* it will be designed, in the middle is the actual programming, the fourth phase is the full system *Testing*, and the final phase is focused on *Implementation* tasks such as go-live, training, and documentation.

## 5. Project Plan

- Duration of the engagement is 10.5 calendar months which includes 6 months of warranty.
- The project is tentatively scheduled at 22nd May 2006.
- Requirement phase is short as it is assumed that the Hire Image has captured all the requirements
- The deployment is scheduled to be over on 6th October 2006
- The duration for User Acceptance will be 2 weeks and there will be a dedicated resource to assist Hire Image.
- The plan includes 6 months of post-installation support where one TechUnified resource who will be assigned to assist Hire Image to resolve production issues.

Please refer to the attached Project Plan for details.

The following table illustrates the dates and peak team strength for each of the phases of the project:

| Milestones | Date of Completion | Peak No. of Resources |
|---|---|---|
| Project Initiation | 22nd May 2006 | 1 |
| Requirement Phase | 12th June 2006 | 6 |
| Design Phase | 3rd July 2006 | 4 |
| Development Phase | 11th September 2006 | 6 |
| Testing Phase | 27th September 2006 | 5 |
| Product Delivery (Go-Live & Closure) | 6th October 2006 | 3 |
| Warranty | 10th April 2007 | 1 |

According to project plan the project will take 232 days, but with several resources working during the different stages



Apr 17 07 10:31a ADMIN 401-490-2232 p.10

## 6. Project Organization

The project would be executed at TechUnified premises. The project team will consist of a project manager/ technical architect, developers and testers. **TechUnified will require 2 weeks as lead time to mobilize the resources.**

The TechUnified team members, besides having common knowledge of the overall development process, will have specialized skills in specific tools and technologies to implement the design, construction and part of the testing phases of the project.

This TechUnified team will also be responsible for maintaining documentation and other technical standards of the project; and, updating the Hire Image team with the progress of the project.

Before the start of the project TechUnified would require to know about the number and nature of resources being deployed by Hire Image. This is essential from the Project Plan point of view. The minimum number of resources required:

a. Project Owner (One point contact for clarifications)
b. System Administrator (During deployment phase)

The Project Owner from Hire Image will be involved with the TechUnified during the Architecture / Design / Construction phase of the project. This would help a smooth project transition from TechUnified to Hire Image for deployment and future support. .
Periodic Milestone based Review

There will be periodic reviews between TechUnified Project Team and Hire Image Project Owner. The aim of these reviews is to monitor the progress of the project and various deliverables.






Apr 17 07 10:31a ADMIN 401-490-2232 p.17

Roles and Responsibilities:

| Roles | Responsibility |
|---|---|
| Business Development Manager | Escalation point incase there are issues with any technical team-members or Project Manager. |
| Project Manager **(PM1)** | One point contact for all technical /functional queries on the project. He is responsible to finish the project as per the milestones mentioned above. |
| Senior Developer **(PL1)** | Project Manager will coordinate with Senior Developer to architect the solution and design frameworks using which Developer can code. |
| Developers **(SSE1, SE1, SE2)** | They'll be reporting to Project Manager and will be responsible for coding. |
| Testers and QA **(TE1)** | They'll be reporting to Project Manager and will be responsible for testing and quality assurance. |

**Official Start of Project**

TechUnified will start the project immediately upon receiving the formal approval and the Advance from Hire Image. All the timelines in the project would begin from that day.

**Project Completion**

Upon submission and presentation of the final report, TechUnified and Hire Image shall sign a joint Project Completion Report, thereby signaling the end of the Project.

**Communication Management**

Communication will play a key role during the execution of this project. The stakeholders would require information about the health of the project, as well as information to help make and communicate key decisions. The following communication methods will ensure that key pieces of information will be made available to the stakeholders.

**Project Meetings**

| Meeting type | Participants | Objective | Frequency |
|---|---|---|---|
| Project Status Meeting | TechUnified Project Manager, TechUnified Team Lead, TechUnified Developers/Testers, Hire Image Project Owner, other stakeholders as required | Status check and outstanding issues discussion | Weekly |
| Milestone Status Meeting | TechUnified Business Development Manager, TechUnified Project Manager, and Hire Image Project Owner, other stakeholders as required | Milestone checkpoint | Monthly |

**Email/ Tele-Conference/ Video-Conference**

TechUnified offshore teams will use emails to communicate on a day-to-day basis with Hire Image Project Owner and other stakeholders. As required Tele-conferences will be used



Apr 17 07 10:31a ADMIN 401-490-2232 p.13

## 7. Administrative Issues and Change Control

### Problem & Issue Management

Problems and issues are identified on both proactive and reactive bases. Issues will be logged and tracked in an issue management document ("Issue Tracker") on day-to-day operations (note: this can be the existing Hire Image standard tool or TechUnified can provide such a document). Issues are reviewed periodically by the relevant members (e.g. at weekly status meetings, or on a need-to-need basis, depending on the nature of the issue and its impacts).

TechUnified team will maintain an Issue Tracker that will provide details of all issues. For every issue raised, it will have the following data elements:

- Issue number
- Issue details/description,
- Issue raised by,
- Issue raised date,
- Issue priority,
- Issue resolution initiation date,
- Issue resolution targeted end date, and
- Issue resolution actual end date.

The TechUnified Project Manager will present the status-report at periodic meetings enumerating the issues resolved, issues taken up for resolution and the current status of each issue. The TechUnified Project Manager will resolve all project-related issues in agreement with Hire Image. In case a satisfactory response is not obtained from either side, issues may be escalated according to a predefined escalation hierarchy.

### Escalation and Problem Handling Procedures

An escalation procedure with time schedules will be defined at the beginning of the project, which clearly identifies persons responsible from TechUnified as well as from Hire Image.

TechUnified Project Manager will resolve all project related issues after discussing them with Hire Image Project Owner. This procedure will be fine-tuned in consultation with Hire Image during the Initiation stage. Both Hire Image and TechUnified may initiate escalation. The normal hierarchy and suggested threshold periods are given below, these are subject to approval from Hire Image. Note: Here, 'Unresolved period' indicates the time that has elapsed since an issue was first raised.

| Escalate to | Unresolved period |
|---|---|
| TechUnified Project Manager | Immediate |
| TechUnified Business Development Manager | More than 5 days |

| Escalate to | Unresolved period |
|---|---|
| Hire Image Project Owner | More than 2 days |
| Hire Image Senior Management | More than 5 days |

All issues raised by TechUnified will be categorized as Critical, Major and Minor. For Critical issues, the issue has to be closed within 1 business day. For Major issues, the issue has to be closed within 2 business days and for Minor issues, it has to be closed in 3 business days. Failure to respond within these guidelines may have an impact on the schedule. TechUnified will notify Hire Image in advance on any issues causing project delays.

**Changes in Scope of Contract**

Any significant additions and/or changes in the scope of contract shall be requested for in writing. TechUnified would communicate in writing to Hire Image office, within fourteen days (14 days) of receipt of Hire Image office's requests, or other such period as may be agreed, and the effect this would have on the Project Schedule and Cost. On receipt of written authorization from Hire Image office, TechUnified would proceed with the changes. The changes thus approved will be handled through Change Management Procedure.

Contract change requests may be generated because of the following reasons:

- **Enhancements** – On top of fix-on-fail, Client's business or IT may require certain enhancements carried out on the systems. These changes need to be approved by client's business and IT. - Minor enhancements will not require a contract change.
- **Scope changes** – Any major enhancement, system upgrade activity that might need a resource ramp up.
- **Design changes** – Any significant technical design change in any application due to performance or any other non-functional issue.
- **Schedule changes** – Changes that need to re-look at deadlines already set. Not if such changes are due to outside third party involvement.
- **Budget changes** – Any increase/decrease in Client's budget will need re-prioritization of work request backlog.
- **Contract changes** – Changes in terms and conditions or project duration, change in scope of services (add/remove life cycle activities), change in SLAs etc.

Changes in scope identified by Hire Image or TechUnified will be logged, and analysis will be performed to identify the benefit, cost and schedule impact on the project. The change management process flow is as depicted:

- Log the requirement change
- Analyze impact
- Plan for incorporating changes
- Evaluate project costs
- Obtain signoffs
- Apply changes

**Interruption of Work**

TechUnified will submit the Project Plan immediately after the award of the contract and detailed plan before the start of the particular phase. The Project Plan or Detailed Project Plan for a Phase will be frozen in consultation with the Hire Image Office Representative before start of the activity. Delay of work due to reasons extraneous to TechUnified (e.g. non-availability of Hire Image personnel and resources, non-approval of Requirement Analysis. System Design etc.) will automatically lead to a proportionate extension of the project duration.

**Force Majeure**

Neither party shall be liable for any failure to perform his obligations under the contract if the failure results from the events which are beyond reasonable control of either party provided always that whenever possible the affected party will resume that obligation as soon as the factor or event occasioning the failure ceases or abates. For the purposes of the contract, such events shall include acts of God, violence, strikes, civil disturbances, Visa problems due to changed government rules, Civil and Military authority, wars, fires, floods, earthquakes or other catastrophes etc. that have direct impact on execution of the Contract.

If the effect of any of the said events shall continue for a period exceeding Three Months (3 Months), TechUnified may at any time thereafter upon giving notice to Hire Image elect to terminate the contract but must refund 80% of all monies paid by Hire Image, and turn over all work product completed at such time as work halted.
In any of the events mentioned above, both parties shall for the duration of such events, subjected to maximum of three months, be relieved of any obligation under the contract as is affected by the events except that the provisions of the contract shall remain in force with regard to all other obligations under the contract which are not affected by the events.

**Information and Access**

Hire Image shall provide promptly with any information, which TechUnified may reasonably require from time to time to enable TechUnified to proceed expeditiously with the performance of its obligation under the contract.

**Availability of Data**

Hire Image shall provide all required documents and data for the execution of the contract. Non-availability of this might lead to proportionate delays in the project and delay will be treated as "Interruption of Work" for the purpose of meeting obligation. Third party vendor delays will not be considered an "interruption of work" caused by Hire Image.

## 8. Risk Management

A risk management process at the operational level is a key requirement for reducing uncertainty in delivering high-quality software solutions to Hire Image within budgeted time and cost. The Risk Management Plan will be dynamic in nature. The risks faced by the project will change with time, as new risks will emerge and the severity of identified risks may increase or decrease, and so on. The Risk Management Plan will be continually modified to reflect the changing realities of the project. The risks that have been identified with high probability and high impact will be reviewed in the weekly status meeting.

The following processes followed during execution of the project will help identify risks that can jeopardize the objectives of the project:

- Weekly and monthly status reports, reviewed internally and by Hire Image team.
- Periodic audits
- Code reviews
- Review of deliverables both TechUnified and by Hire Image team
- Work in Progress demo's

The following process will be followed for assessment of risks.

| Risk Assessment Process |
| --- |
| • Risk Management Plan will be used to log risks<br>• Project Managers will identify Risks & issues at Project level and log them into the Project Level Risk Management Plan<br>• Brainstorming and Surveying techniques will be used for risk identification<br>• Each risk will be assessed for their Probability of Occurrence and assigned a value of Low Medium or High<br>• Each risk will be assessed for their Impact and assigned a value of Low Medium or High |

The Risk Control Process followed is defined below.

| Risk Control Process |
| --- |
| • Risk mitigation plan will be determined for identified risks<br>• At predefined Milestones, status of the existing risks will be re-evaluated<br>• Additional risks, if any, are also identified and risk mitigation steps are executed<br>• All risks with High Probability and High Impact will be constantly monitored. |

The table below covers the perceived risks, mitigation plan, probability and impact for the development of the Hire Image application

| Description of Risk | Mitigation Plan | Probability | Impact |
|---|---|---|---|
| Non availability of Hire Image resources due to prior commitments | 1) Hire Image resource utilization plan will be made available right during the Project Initiation phase to ensure availability of resources.<br>2) Activities to be performed by Hire Image resources are identified well in advance. | Low | High |
| Delay in issue resolution | 1) Effective communication between concerned teams and constant follow up.<br>2) Use escalation procedure as defined to prevent delay in issue resolution | Low | Medium |
| Delay in review of deliverables | 1) Identify reviewers early in the project and get their availability<br>2) Use escalation procedure as defined to prevent any delays. | Low | Medium |
| Non availability of infrastructure, hardware and software resources | 1) List of required infrastructure, hardware and software resources is identified and communicated to Hire Image well in advance | Low | High |

## 9. Pricing

The fixed price for the development and deployment of the Hire Image application is: **USD 77,000 (Seventy Seven thousand US Dollars)** and Annual Maintenance Contract (2 years), with two options:

a. Priced at around 22% of the total system development cost. Our assumption is that you would need at least 1 release per quarter and an approx. 560 hours of maintenance/enhancements per year.

b. Future enhancement can be taken up by TechUnified at $30/hr, provided that each enhancement is of at-least 80 man hours. Turnaround time will be one week to work on this enhancement. However, if critical issues arise, TechUnified agrees to make best effort in resolving the issue as soon as possible. All enhancement changes will be bundled and forwarded to TechUnified so that the appropriate staff can be assigned and so the minimum 80 man hours are utilized. If the enhancements fall short of the 80 man hours, client agrees to pay 80 man hours for the project. This does not apply to critical issues.

**Annual Maintenance Pricing:**

| S No. | Description | Amount (in USD) |
|---|---|---|
| 1 | **Annual Maintenance Option1:** Annual Maintenance Contract. (Includes new releases, enhanced functionalities, system maintenance and administration) | $16,940 / year (Sixteen Thousand Nine Hundred and Forty Only) |
| 2 | **Annual Maintenance Option 2:** Annual Maintenance Contract. (Includes new releases, enhanced functionalities, system maintenance and administration) | $30/hr (see 9.b) |

The average effort per day per person is 9.5 hours.

**Payment Schedule:**

| S No. | Milestone | Date | % | Amount (US Dollars) |
|---|---|---|---|---|
| 1 | Project Initiation | 22nd May 2006 | 10% | 7,700 |
| 2 | Requirement Completion | 12th June 2006 | 10% | 7,700 |
| 3 | Design Completion | 3rd July 2006 | 15% | 11,550 |
| 4 | Development Completion | 11th September 2006 | 25% | 19,250 |
| 5 | Testing | 27th September 2006 | 15% | 11,550 |
| 6 | Product Delivery (Go-Live) | 6th October 2006 | 20% | 15,400 |
| 7 | End of Warranty | 10th April 2007 | 5% | 3,850 |

**Assumptions:**

**Pricing Assumptions:**

- The price includes 6 months of post-installation support (warranty)
- This price also includes the deployment of the application on Hire Image server. The deployment shall be executed remotely from offshore, but TechUnified will work with Hire Image's hosting provider to implement the system.
- This is a 100% offshore based project i.e. this price does not account for an onsite (Hire Image) presence of TechUnified personnel
- The above price is based on the requirements documents that were available as of Mar 11th 2006 and Hire Image's subsequent notes to the original files submitted on May 19, 2006. Small changes in scope will be incorporated within this price.
- This price includes offshore hardware and software licenses for Microsoft .NET, IIS and SQL server only, that TechUnified requires for application development and testing
- Use of any additional non-generic software will impact this price (e.g. Crystal Reports, PDF writer etc).
- Pricing for the Annual Maintenance are valid for two years from the date of completion of the Project (i.e. 6th October 2006, or such date as project is completed.)

**Generic Assumptions**

- All the reports/invoices will be in HTML.
- All file upload will be either in CSV or in XML
- It is assumed that Hire Image has the necessary licenses of .NET, IIS and SQL server in order to host the production environment
- Hosting the application by TechUnified is assumed to be out-of-scope.
- The estimates do not include automation of testing. Performance testing will be performed manually.
- Applicant module is in-scope and it is assumed that the module consists of 1-2 data entry screens and will be linked with the client module.
- Hire Image will supply logo, but TechUnified will ensure design interface is compatable with Hire Image company standards and colors.

By signing this document, the Hire Image and TechUnified agree to the conditions described in it.

**ACCEPTED AND AGREED:**

| Hire Image | | TechUnified | |
|---|---|---|---|
| Signature & Company Seal | [signature] | Signature & Company Seal | [signature] |
| Printed: | Christine Cunneen | Printed: | Shashwat Kumar |
| Title: | CEO | Title: | Business Development Manager |
| Phone: | 401 490 2202 | Phone: | +91 80 41260293 |
| Email: | cunneen@hireimage.com | Email: | shashwat@techunified.com |

| | | | |
|---|---|---|---|
| Date: | 19th May 2006 | Date: | 19th May 2006 |

# NON-DISCLOSURE AGREEMENT BETWEEN HIRE IMAGE LLC AND UNIFIED TECHNOLOGIES PVT. LTD.

This Non-Disclosure Agreement (the "Agreement") is made and effective May 16, 2006.

BETWEEN: **Hire Image LLC** (the "Disclosing Party"), a corporation organized and existing under the laws of the State of Florida (US), with its head office located at: 440 East Sample Road, Ste. 204, Pompano Beach, FL 33064

AND: **Unified Technologies Pvt. Ltd.** (the "Receiving Party"), a corporation organized and existing under the laws of the Bangalore, India, with its head office located at: Arden Fair, Pai Layout, Old Madras Road, Bangalore – 560016, India

WHEREAS, Receiving Party has been or will be engaged in the performance of work on the 'Applicant Background Screening System"; and in connection therewith will be given access to certain confidential and proprietary information; and

WHEREAS, Receiving Party and Disclosing Party wish to evidence by this Agreement the manner in which said confidential and proprietary material will be treated.

NOW, THEREFORE, it is agreed as follows:

## 1. NON-DISCLOSURE OF CONFIDENTIAL INFORMATION

Both Parties understand and agree that each Party may have access to the confidential information of the other party. For the purposes of this Agreement, "Confidential Information" means proprietary and confidential information about the Disclosing Party's (or its suppliers') business or activities. Such information includes all business, financial, technical, and other information marked or designated by such Party as "confidential" or "proprietary." Confidential Information also includes information which, by the nature of the circumstances surrounding the disclosure, ought in good faith to be treated as confidential. For the purposes of this Agreement, Confidential Information does not include:

A. Information that is currently in the public domain or that enters the public domain after the signing of this Agreement.

B. Information a Party lawfully receives from a third Party without restriction on disclosure and without breach of a non-disclosure obligation.

C. Information that the Receiving Party knew prior to receiving any Confidential Information from the Disclosing Party.

D. Information that the Receiving Party independently develops without reliance on any Confidential Information from the Disclosing Party.

Each Party agrees that it will not disclose to any third Party or use any Confidential Information disclosed to it by the other Party except when expressly permitted in writing by the other Party. Each Party also

agrees that it will take all reasonable measures to maintain the confidentiality of all Confidential Information of the other Party in its possession or control.

## 2. TERM

The term of this Agreement is three (3) years from the date of execution by both Parties. The agreement will automatically renew for one (1) year terms after the initial three (3) year term, unless either party cancels this agreement in writing within 60 days of the renewal period.

## 3. TITLE

The Receiving Party agrees that [redacted]

## 4. DISCLAIMER

Nothing contained in this Agreement or in any Confidential Information constitutes any express or implied warranty of any kind. All representations or warranties, whether express or implied, including fitness for a particular purpose, merchantability, title, and non-infringement, are hereby disclaimed. Neither this Agreement nor any Confidential Information shall create, nor shall be deemed to create, a legally binding or enforceable Agreement or offer to enter into any business relationship.

## 5. NO LICENSE GRANTED

Neither Party grants to the other any license, by implication or otherwise, to use any Confidential Information except as expressly provided in this Agreement.

## 6. COPIES

[redacted]

## 7. UNAUTHORIZED USE

Receiving Party shall promptly advise Disclosing Party in writing if it learns of any unauthorized use or disclosure of Proprietary Information by any Receiving Party Personnel or former Receiving Party Personnel.

## 8. INJUNCTIVE RELIEF

Receiving Party acknowledges that the use or disclosure of the Proprietary Information in a manner inconsistent with this Agreement will cause Disclosing Party irreparable damage, and that Disclosing Party shall have the right to equitable and injunctive relief to prevent the unauthorized use or disclosure, and to such damages as are occasioned by such unauthorized use or disclosure.

## 9. MODIFICATIONS

This Agreement may be modified only by a contract in writing executed by the party to this Agreement against whom enforcement of such modification is sought.

**10. PRIOR UNDERSTANDINGS**

This Agreement contains the entire agreement between the parties to this Agreement with respect to the subject matter of the Agreement, is intended as a final expression of such parties' agreement with respect to such terms as are included in this Agreement is intended as a complete and exclusive statement of the terms of such agreement, and supersedes all negotiations, stipulations, understanding, agreements, representations and warranties. If any, with respect to such subject matter, which precede or accompany the execution of this Agreement.

**11. WAIVER**

Any waiver of a default under this Agreement must be made in writing and shall not be a waiver of any other default concerning the same or any other provision of this Agreement. No delay or omission in the exercise of any right or remedy shall impair such right or remedy or be constructed as a waiver. A consent to or approval of any act shall not be deemed to waive or render unnecessary consent to or approval of any other or subsequent act.

**12. COMPLIANCE WITH LAW**

The Receiving Party agrees to abide by all United States federal, state, and local laws, ordinances and regulations.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the day and year first above written.

DISCLOSING PARTY

Authorized Signature

Christine M. Cunneen, CEO

Print Name and Title

RECEIVING PARTY

Authorized Signature

Kunal Sinha, CEO

Print Name and Title