**From:** Shashwat Kumar [mailto:shashwat@techunified.com]
**Sent:** Saturday, May 05, 2007 12:40 AM
**To:** Christine Cunneen
**Subject:** regarding HI project -- my discussion with Abhijit

Dear Chris,

I had a detailed discussion with Abhijit on the HI project. I have come to know that you've asked to put a hold on the project and I do understand the reasons associated. Especially after close to spending 90K USD, you feel that there is no clarity on the project status and if the project will ever be completed.

At this stage, I don't intend to make any promises (wrt project completion date) nor do I blame any particular reason for the delay. I'll simply put it that atleast some of the issues for delay were not under our direct control. I do understand that I should have been upfront in disclosing my plans to utilize third party contractors to fill in some positions on this project. However, I want to assure that I used sub-contractors only to fill some and not all roles in the project. I did have my employees working on the project till the very end.

I know that this delay has upsetted your plans for rollout and at our end the delay has certainly made this project financially unprofitable for us. Still, as a company we would like to respect the commitment which we've made. We don't intend to raise any further invoice till we successfully close this project and you'll have our continued support, should you decide to resume building this application.

Warm Regards,
Shashwat Kumar

7/23/2007