**Examples of TU Incompetence**
**Compiled by Steve Raymond, eBility Solutions, Inc.**
**Last Updated: June 8, 2007**

## I. Use of shared, publicly accessible file to temporarily store XML Report Results.

TU programmed many of the XML interfaces, such as the DMV search. In fnGetInstantDrivingRecord, the code shown below is used. This shows that the resulting xml report returned from the DMV Search service is stored to a file on the web server. Then the results are read back up from the same file. These are the significant problems that this very sloppy practice will cause:

1. In the time it takes to write the xml to the file and then read it back up, another user could easily overwrite the file with the data from another applicant. This can cause the results from the wrong applicant to appear and can lead to the disclosure of confidential information to a client not associated with that applicant. This is very probably when two people are performing a bulk upload at the same time.
2. It could easily lead to the file being locked by another user leading to an unreported failure of the background search for one or more applicants.
3. It left the background report results in an xml file that was accessible to any user over the internet which could lead to disclosure of confidential applicant information.

```
string xmlFilePath = "HI_DMV_Seacrh.xml";
xmlFilePath = Server.MapPath(xmlFilePath);
if (strContent != null)
{
    doc.LoadXml(strContent);
    doc.Save(xmlFilePath);

    DataSet dsDMV = new DataSet();
    dsDMV.ReadXml(xmlFilePath);
```

**II. Extensive use of Session variables for critical data that is not session specific.**

Any decent, experienced software developer knows that you only use IIS Session variables to store session specific information such as current user. It is risky to use Session variables that are not session specific. TU used session variables extensively to store information from one page to the next. For example, the following session variables are use

Example 1.
\Client\servicesForBulkUpload.aspx in the function BtnSubmit_click:

```
string[] applicantIDarray = Session["applicantid_list"].ToString().Split(',');
.
.
.
    foreach (string str in applicantIDarray)
      {
```

This code has the effect of reading up the applicant ID array presumably created on the prior page, \Client\uploadBulkRequest.aspx.. However, there is absolutely no guarantee that the user does not have multiple windows open, with the same Session ID, and therefore may have overwritten this array in that session variable with the applicant IDs from a completely different bulk upload file. Or the user may have canceled out of a prior upload file but those applicant IDs are still stored in this session variable. The use of the session variable for this purpose is so lazy, sloppy, and risky it is difficult to believe it was done.

This is just one example among dozens of where Session variables were used where other methods of storing such data (such as the SQL database) would have been much less risky and much more logical and even easier to code. **More examples can be provided on request.**

**III. Reckless use of Database connections.**

TU used multiple database connections, even on the same page request. This is seriously problematic for many reasons:

1. Each attempt to open a new database connection is very processor expensive, slowing down the response to the page request as there is significant overhead in opening and validating a database connection.
2. There is a limit to the number of concurrent database connections that may be opened at any one time. In fact, eBility testing encountered this scenario by simply uploading one bulk file with about 50 records in it. The example below explains why this happened.

**Example 1.**

In the \HI\uploadBulkRequest.aspx in the function Btn_Submit_click, a database connection is opened in each of the situations below:

```
            while (DBReader.Read())
            {

                for (int i = 0; i < DBReader.FieldCount; i++)
                {
                    if (count == 0)
                    {
                        // read from the data base for comma seperated names
                        string _ConnString =
WebConfigurationManager.AppSettings["DefaultConnectionString"];
                        SqlConnection cn = new
SqlConnection(WebConfigurationManager.ConnectionStrings[_ConnString].ConnectionString);
                        cn.Open();
```

This code has the effect to opening a unique database connection for every field in the FIRT ROW OF DATA!!! This is absurd!!! They did at least have the decency to close this connection when they were done with it. They didn't dispose the connection, though.

**Example 2.**

In the \HI\uploadBulkRequest.aspx in the function Btn_Upload_click, a database connection is opened in each of the situations below:

1.

```
            while (DBReader.Read())
            {
                string DMVStateID = "";
                string _ConnString =
WebConfigurationManager.AppSettings["DefaultConnectionString"];
                SqlConnection cn = new
SqlConnection(WebConfigurationManager.ConnectionStrings[_ConnString].ConnectionString);
                cn.Open();
```

This code has the effect of opening one unique database connection per record in the upload file instead of simply moving the database connection code up 4 lines and sharing the same connection for every row.

2.

```
Int64 applicant_id = appl.CreateUser(Convert.ToInt64(ddlClientlist.SelectedValue),
Convert.ToInt64(ddlBranchlist.SelectedValue), 3);
AppCurrentAdd_obj.CreateAddress();
ApplicantEducation_obj.CreateEducation();
ApplicantEmployment_obj.CreateApplicantEmployment();
ApplicantRef_obj.CreateApplicantReference();
ApplicantRef_obj.CreateApplicantReference();
```

Each one of the lines above results in another unique database connection being opened per record in the upload file. Combined with the item in #1, that is 7 unique database connections per uploaded record. In a file of only 100 applicants, that would be 700 unique database connections when ONLY ONE DATABASE CONNECTION is needed!!

**Example 3.**

The most egregious example of the excessive and reckless use of database connections is in \HI\ServicesForBulkUpload.aspx in the function BtnSubmit_Click. The code is fairly complex, but by my quick and conservative estimate, as many as 12 unique database connections per upload file could be opened (and often not closed) within this function. This is the function that failed when we attempted to upload a file with about 100 records in it due to running out of available database connections.
In fact, if they want to fight this case on technical merits, you could build an entire case around this one function it is such a mess and so full of programming pitfalls.

**IV. Wasteful programming in Stored Procedures.**

During HI and eBility testing of the system on the Infosaic servers, we were experiencing significant delays in the response when submitting a bulk upload file or even a single applicant for processing. These delays would grow in duration the further we got from when TU would "clean out" the database of test records. TU blamed Infosaic for these delays. Steve Raymond knew that you just can't lay blame without tracking down EXACTLY where the delay was occurring. Steve Raymond spent a weekend adding logging throughout the application and stored procedures in the database and tracked down the problem. The results of that search are detailed in an email from Steve Raymond to Amit Darda dated 3/11/2007. The findings clearly showed that the problem was due to a programming error by TU in stored procedures and the fix was simply and quick. (Please refer to that email for the technical details.)

This bug is not itself a sign of incompetence. But the fact that TU was so quick to blame Infosaic without performing even a basic investigation is a clear sign of incompetence.

## V. Repeating the Same Code in Multiple Locations

Basic coding standards encourage writing code once, when possible, instead of writing the same or very similar code in multiple locations. The motivation is to minimize coding effort, code maintenance and to maximize the likelihood that coding bugs are identified and fixed.

TU frequently repeated the same or very similar code in multiple locations increasing their own workload, the effort required to test (have to test same code in each location) and debug. This poor practice may explain a significant portion of why it took TU so much time to make minor changes and bug fixes.

**Example 1.**

The following functions appear (in some form) in 4 different pages. Among the code repeated in each location is the username and password for that interface. Since passwords change on a regular basis, this is especially problematic:

1. fnGetStatewideCrimianlSearch
2. fnGetDurgScreeningData5
3. fnGetDurgScreeningData10
4. fnGetSSNAddDataFromIRB
5. fnGetSSNAddDataFromIRB
6. fnGetDurgScreening5Data (note that similar function fnGetDurgScreeningData5 – which is the right one!? Why are there two?!)
7. fnGetDurgScreening10Data (note that similar function fnGetDurgScreeningData10 – which is the right one!? Why are there two?!)
8. fnGetPatriotActSearchDataFromIRB
9. fnGetSexOffenderDataFromIRB
10. fnGetNationwideCriminalData
11. fnGetInstantDrivingRecord

Each of these functions appears on all four of these pages:
\Client\PackageForms.aspx
\Client\ServicesforBulkUpload.aspx
\HI\PackageForms.aspx
\HI\ServicesforBulkUpload.aspx

**On request I can provide many additional examples. There are many examples of code and entire pages being re-written based on the type of user (HI, Client, Vendor) when it would have been much more efficient to write one page whose functionality changed based on the role of the user.**

## VI. No Meaningful Error Trapping and User Feedback on Interfaces.

When a critical programming or system error is detected in software code, that is an important first step. However, there is no point in trapping errors if there is no meaningful follow-up on the error such as at least reporting the critical error to the user, short of coding a recovery from the error.

**Example 1.**

Each of the web interface functions (e.g. fnGetSSNAddDataFromIRB, fnGetPatriotActSearchDataFromIRB, fnGetSexOffenderDataFromIRB, fnGetNationwideCriminalData, fnGetInstantDrivingRecord) trap for errors that may occur during the attempt to retrieve results from the remote server such as IRB's server. However, the error trapping only changes the text on Label1. Since the function called has no return value (a return type of void), the code calling these functions is not aware that something went wrong. Therefore, the user is never notified that the interface did not run and is lead to believe. Considering that the point of this application is to verify employment applicants backgrounds, this lack of meaningful error trapping pretty much single-handedly defeats the purpose of the entire application since the user is not aware that the applicant's background was not even checked.

**Example 2.**

In \HI\UploadBulkRquest.aspx in the function BtnUpload_click, the following code appears at the end of the function

```
    catch (Exception a)
    {
        // uploadbulkRequest.aspx
        lblError.Visible = true;
        lblError.Text = a.Message;
        //Response.Redirect("uploadbulkRequest.aspx");
        //lblError.Visible = true;
        //lblError.Text = a.Message;


    }
  .
  .
  .
  Response.Redirect("ServicesforBulkupload.aspx?Address=" + nAddressCount +
"&education=" + nEducationCount + "&employment=" + nEmploymentCount + "&reference=" +
nReferenceVerificationCount);
```

What this code does is have a catch-all error trap at the bottom of the function for any possible error that may have occurred during the very complicated process of uploading and analyzing the bulk file. However, the code continues to redirect to the Services Selection page EVEN IF A CRITICAL ERROR OCURRED! So the error is caught but the code acts as though nothing happened. The user is not informed of the error and the application continues to the services selection page anyway. They literally would have

been better off NOT INCLUDING ERROR trapping – at least that way the system would have told the user something went wrong.