FILED

2007 SEP 24 P 1:42

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **HIRE IMAGE LLC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **No. 07-293S** |
| | ) | |
| **UNIFIED TECHNOLOGIES PVT. LTD.** | ) | |
| **d/b/a TechUnified** | ) | |
| | ) | |
| **Defendant.** | ) | |

**AFFIDAVIT OF SERVICE**
**AND RETURN OF SERVICE BY REGISTERED MAIL**

I, Tracy J. Steinbach, attorney for Hire Image LLC., Plaintiff in this action, certify that I served a copy of the Complaint on Chandraprakash, attorney for Unified Technologies Pvt. Ltd. d/b/a Tech Unified, the Defendant in this action, by mailing a true copy on August 7, 2007, by international registered mail, postage prepaid, return receipt requested, to Chandraprakash at Lex Global Legal Consultants, Chamber No. 20A, Lawyers Chambers, Supreme Court of India, New Delhi—110001, India.

I thereafter received an official Return Receipt for International Mail addressed to me with the correct registered article number indicated on it and having the notation "Office of Destination Employee Signature," in which it was signed and dated August 21, 2007.

Tracy J. Steinbach
Tracy J. Steinbach, Esq.

Subscribed and sworn to before me in the City of Providence, in the County of Providence, in the State of Rhode Island, this 24th day of September A.D. 2007.

Michael A. Marciano
NOTARY PUBLIC PRINT NAME

[signature]
NOTARY PUBLIC SIGNATURE

My Commission Expires 7/18/09