**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **HIRE IMAGE LLC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **No. 07-293S** |
| | ) | |
| **UNIFIED TECHNOLOGIES PVT. LTD.** | ) | |
| **d/b/a TechUnified** | ) | |
| | ) | |
| **Defendant.** | ) | |

## MOTION FOR ENTRY OF DEFAULT BY THE CLERK

Now comes the Plaintiff, Hire Image LLC., by and through counsel, and pursuant to Federal Rule of Civil Procedure 55(a), requests entry of default by the Clerk of this Court against the Defendant, Unified Technologies PVT. LTD d/b/a Tech Unified, for failure to plead or otherwise defend in this proceeding as required by law. In support of this request, the Plaintiff states as follows:

1. On August 6, 2007, Plaintiff filed a complaint against the Defendant.

2. On August 7, 2007, pursuant to Federal Rule of Civil Procedure 4(f), a summons and true copy of the Complaint was served upon Chandraprakash, attorney for the Defendant in this action, via international registered mail, postage prepaid, return receipt requested, to the following address:

   Chandraprakash at Lex Global Legal Consultants, Chamber No. 20A, Lawyers Chambers, Supreme Court of India, New Delhi— 110001, India.

3. As evidenced by the Affidavit of Service, filed on September 24, 2007 the Defendant was properly served with the Summons and Complaint on August 21, 2007.

4. The time for Defendant to answer or otherwise respond to the Complaint has expired.

5. The Defendant has not filed an answer or made any response to the complaint in attempt to defend this matter.

6. The Defendant is not an infant nor an incompetent person.

7. There are no facts indicating that the Defendant is in the military service. This declaration is made in support of the Plaintiff's Motion for Default Judgment, and in compliance with the Servicemembers Civil Relief Act.

8. The Affidavit of Tracy J. Steinbach, Esq., is attached hereto in support of this request.

Dated: October 12, 2007

Plaintiff
By its Attorneys
Kaplan & Associates Inc.

/s/
Tracy J. Steinbach
Rhode Island State Bar No. 7492
1100 Turks Head Building
Providence, RI 029093
(401) 272-9000
(401) 272-9020 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Motion for Entry of Default by the Clerk was filed with the Clerk of the Court using the CM/ECF system, and that a true copy was served via international registered mail, postage prepaid, return receipt requested, upon Chandraprakash, attorney for the Defendant in this action, at the following postal address:

Chandraprakash at Lex Global Legal Consultants, Chamber No.
20A, Lawyers Chambers, Supreme Court of India, New Delhi—
110001, India.

this 12th day of October, 2007.

/s/
Tracy J. Steinbach
Rhode Island State Bar No. 7492
1100 Turks Head Building
Providence, RI 029093
(401) 272-9000
(401) 272-9020 (fax)

DEFAULT HEREBY ENTERED:
DEPUTY CLERK