UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **HIRE IMAGE LLC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **No. 07-293S** |
| | ) | |
| **UNIFIED TECHNOLOGIES PVT. LTD. d/b/a TechUnified** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

# <u>Motion for Default Judgment</u>

The summons and complaint in this action having been duly served on the above-named Defendant on August 21, 2007, and said defendant having failed to plead or otherwise defend in this action, and said default having been duly noted, Plaintiff, Hire Image LLC., moves for an entry of Default Judgment against the Defendant, Unified Technologies PVT. LTD d/b/a Tech Unified.

Pursuant to Federal Rule of Procedure 55, the Plaintiff is entitled to judgment against the Defendant in the amount of <u>$101,787.00</u>, the amount claimed, with <u>$414.57</u> in costs and disbursements, and attorney fees in the sum of $1,779.00, amount in all to the sum of <u>$103,980.57</u>, plus interest at the legal rate in effect on the date of this judgment.

Plaintiff
By its Attorneys
Kaplan & Associates Inc.

/s/ Tracy J. Steinbach
Tracy J. Steinbach
Rhode Island State Bar No. 7492
1100 Turks Head Building
Providence, RI 029093
(401) 272-9000
(401) 272-9020 (fax)
Email: tracy@kalanassociatesinc.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Request for Entry of Default by the Clerk was filed with the Clerk of the Court using the CM/ECF system, and that a true copy was served via international registered mail, postage prepaid, return receipt requested, upon Chandraprakash, attorney for the Defendant in this action, at the following postal address:

Chandraprakash at Lex Global Legal Consultants, Chamber No. 20A, Lawyers Chambers, Supreme Court of India, New Delhi—110001, India

this 13th day of November, 2007.

/s/ Tracy J. Steinbach
Tracy J. Steinbach
Rhode Island State Bar No. 7492
1100 Turks Head Building
Providence, RI 029093
(401) 272-9000
(401) 272-9020 (fax)
Email: tracy@kalanassociatesinc.com