**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **HIRE IMAGE LLC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **No. 07-293S** |
| | ) | |
| **UNIFIED TECHNOLOGIES PVT. LTD.** | ) | |
| **d/b/a TechUnified** | ) | |
| | ) | |
| **Defendant.** | ) | |

# AFFIDAVIT OF TRACY J. STEINBACH, ESQ.

I, Tracy J. Steinbach, being of lawful age and having first been duly sworn upon oath, state:

1. I am an attorney of record for Plaintiff, Hire Image LLC., in the above-referenced proceeding. I am authorized to make this Affidavit and have personal knowledge of the facts stated herein.

2. On August 6, 2007, Plaintiff filed a complaint against the Defendant.

3. On August 7, 2007, pursuant to Federal Rule of Civil Procedure 4(f), a summons and true copy of the Complaint was served upon Chandraprakash, attorney for the Defendant in this action, via international registered mail, postage prepaid, return receipt requested, to the following address:

   Chandraprakash at Lex Global Legal Consultants, Chamber No. 20A, Lawyers Chambers, Supreme Court of India, New Delhi—110001, India.

4. Upon information and belief, this address is the last known address of the representative of the defendant.

5. As evidenced by the Affidavit of Service, filed on September 24, 2007 the Defendant was properly served with the Summons and Complaint on August 21, 2007.

6. The time for Defendant to answer or otherwise respond to the Complaint has expired.

7. The Defendant has not filed an answer or made any response to the complaint in attempt to defend this matter.

8. The Defendant is not an infant nor an incompetent person.

9. There are no facts indicating that the Defendant is in the military service. This declaration is made in support of the Plaintiff's Motion for Default Judgment, and in compliance with the Servicemembers Civil Relief Act.

FURTHER, AFFIANT SAITH NOT.

Tracy J. Steinbach
Tracy J. Steinbach

Subscribed and sworn to before me in the City of Providence, in the County of Providence, in the State of Rhode Island, this 13th day of November A.D. 2007.

Michael A. Marciano
NOTARY PUBLIC PRINT NAME

[signature]
NOTARY PUBLIC SIGNATURE
My Commission Expires 7/18/09