**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **HIRE IMAGE LLC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **No. 07-293S** |
| | ) | |
| **UNIFIED TECHNOLOGIES PVT. LTD.** | ) | |
| **d/b/a TechUnified** | ) | |
| | ) | |
| **Defendant.** | ) | |

## Judgment by Default

On motion of the Plaintiff, Hire Image LLC., judgment is entered against the Defendant in favor of the Plaintiff as follows:

Plaintiff is entitled to judgment by default against the Defendant in the amount of $101,787.00, the amount claimed, with $414.57 in costs and disbursements, and attorney fees in the sum of $1,779.00, amount in all to the sum of $103,980.57, plus interest at the legal rate in effect on the date of this judgment.

____________________________ ____________________________

Date District Judge