**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **HIRE IMAGE LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **No. 07-293S** |
| | ) | |
| **UNIFIED TECHNOLOGIES PVT. LTD.** | ) | |
| **d/b/a TechUnified** | ) | |
| | ) | |
| **Defendant.** | ) | |

**Plaintiff's Motion to Strike the Reply on the Behalf of the Defendant**

Now comes the Plaintiff, Hire Image LLC, and by and through the undersigned attorneys, hereby moves to strike the "Reply on the behalf of the Defendant" ("Reply") received by Plaintiff's counsel on November 30, 2007.

In support of its motion, Plaintiff relies upon the attached Memorandum of Law, and the pleadings on file herein.

Plaintiff
By its Attorneys
Kaplan & Associates Inc.

/s/ Tracy J. Steinbach

Tracy J. Steinbach, Esq.
Rhode Island State Bar No. 7492
1100 Turks Head Building
Providence, RI 029093
(401) 272-9000
(401) 272-9020 (fax)
Email: tracy@kaplanassociatesinc.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion to Strike was filed with the Clerk of the Court using the CM/ECF system, and that a true copy was served via international mail, postage prepaid, upon Chandra Prakash, attorney for the Defendant in this action, at the following postal address:

Chandra Prakash at Lex Global Legal Consultants, Chamber No. 20A, Lawyers Chambers, Supreme Court of India, New Delhi— 110001, India

this 20th day of December, 2007.

/s/ Tracy J. Steinbach
Tracy J. Steinbach
Rhode Island State Bar No. 7492
1100 Turks Head Building
Providence, RI 029093
(401) 272-9000
(401) 272-9020 (fax)
Email: tracy@kaplanassociatesinc.com