# UNITED STATES DISTRICT COURT
# District of Rhode Island

**In the Matter of :**

Hire Image LLC
Vs.

Unified Technolgies Pvt.Ltd

CASE noCA07-293S

Reply on behalf of the Defendant to the Complaint filed by the plaintiff

1. That our clients M/s **UNIFIED TECHNOLOGIES PVT. Ltd, the defendant herein** is a company registered under the (Indian) Companies Act ,1956 having its prinicipal place of business at **Arden Fair, Pai Layout, 5th. Floor, Old Madras Road, Bangalore-560016 and the Lex Global Legal Consultants is authorized by the answering defendant to reply the instant Complaint.**

Preliminary objections:

[1] At the very out set, all the allegations made in the instant complaint under reply are denied as they are not based on true facts and are merely based on false premises. Before entering into the contract, the plaintiff herein was as a sound business practice expected to make reasonable enquiries as a prudent businessman and satisfy itself about the capacity, competence and efficiency of the task to be entrusted to the defendant under the contract for completion.

[2] That the plaintiff before entering into contract with the answering defendant had made enquiries and only after being fully satisfied with the high standard, quality of work, efficient performance and timely execution of the project by our client M/S Unified Technologies for which it has earned a good reputation across the borders, after due diligence and with open eyes, that plaintiff entered into a contract with the defendant. Therefore, it is totally false and incorrect to allege that since the inception of contract defendant has deceived, defrauded and manipulated plaintiff in every respect of business relationship which existed between the parties and had in doing so, allegedly breached its obligation under the contract. The allegations are not only uncorroborated and unsubstantiated but are uncalled for. It seems that plaintiff after having utilized the expertise services of the defendant and having obtained benefits, now wants to avoid its contractual obligations at the instance and instigation of a third party and wants to wriggle out of the obligations imposed on the plaintiff under the contract in question. It is merely a device to avoid financial obligations.

[3] That the plaintiff being aware of the fact that the defendant is a small scale undertaking operating from

India and will be unable to defend itself before the courts in USA because of the huge costs involved, has deliberately chosen to file this frivolous complaint in the court at U.S.A which is in the nature of fortune hunting expedition and as stated earlier to avoid its financial obligations.

[4] That the plaintiff has cooked up imaginary claims against the defendant in the instant complaint. The plaintiff has also sent a notice dated 22nd May 2007 about its frivolous claims to the defendant and the defendant had also given an appropriate reply dated 21.06.2007 to the same. It is respectfully submitted that the plaintiff with a view to suppress the true facts has chosen not to file its notice and the reply of the defendant thereto along with the instant complaint. A copy of the notice dated 22nd May,2007 of the plaintiff and its reply dated 21.06.2007 sent by the defendant to the plaintiff through their Attorneys M/s Kaplan and associates.is annexed herewith as Annexure D-1 ( Colly).

[5] That it is respectfully submitted that the contract referred to in the complaint as Exhibit A was signed by the defendants at Bangalore in India and that the contract concluded within the jurisdiction of Indian courts. The said

work is being performed and discharged within the exclusive jurisdiction of Indian Courts and moreover payments therefore has also been received at Bangalore in India. Thus a Court of competent jurisdiction at Bangalore in India alone will have the jurisdiction to entertain any dispute between the parties to the contract. Moreover the defendant had this view in its mind when it entered in to the contract as being of limited resources it would not have even thought of fighting litigation in Courts at USA. Moreover the parties to the contract were not at ad-idem with regard to forum for resolution of any dispute arising out of the contract.

[6] That it is respectfully submitted that the plaintiffs claims apart from being frivolous is devoid of any material details .The plaintiff being aware that the defendant will not be in a position to plead its case before the courts in USA have filed this complaint so that they can be able to obtain an ex-parte decree and thereby reap a windfall for themselves.

[7] That in the circumstances mentioned herein it is respectfully submitted that the defendant being not able to actively plead its case before this Hon'ble court is filing the present objection against awarding any decree in favour of the plaintiff. It is respectfully submitted that due to the problems of forum inconvenience faced by the

defendant as it does not have any office in the USA nor does it have the resources to defend itself before this Hon'ble court, it is respectfully prayed that this Hon'ble court should refrain from passing any decree against the defendant and direct the plaintiff to file its complaint before appropriate forum in India. In the circumstances described above it is not in the interest of justice to compel the answering defendant to pursue the matter in the U.S.A court.

**Prayer**

In the circumstances in view of the submissions made herein above it is respectfully prayed that this Hon'ble court may be pleased to :

A. Dismiss the instant complaint of the plaintiff directing them to file the same before an appropriate forum in India.

B. pass any other order which this Hon'ble court deems fit in the facts and circumstances of the case as well as in the interest of justice.

**[LEX GLOBAL LEGALCONSULTANTS]**
**Attorneys at Law**

CHANDRAPRAKASH
PARTNER