KAPLAN & ASSOCIATES INC.
ATTORNEYS AT LAW
1100 TURKS HEAD BUILDING, PROVIDENCE, RI 02903
401-272-9000 FAX: 401-272-9020 WWW.KAPLANASSOCIATESINC.COM

DANIEL S. KAPLAN
MICHAEL A. MARCIANO
TRACY J. STEINBACH
ARTHUR I. FIXLER
Of Counsel

May 22, 2007

**By Certified Mail, Return Receipt Requested**
**Unified Technologies Pvt. Ltd.**
**Arden Fair, Pai Layout, 5th Floor**
**Old Madras Road**
**Bangalore – 560016, India**
**Attention: Shashwat Kumar**

**Re: Hire Image Contract Dispute**

Dear Mr. Kumar:

This firm has been retained by Hire Image LLC, regarding a contract entered into by Unified Technologies Pvt. Ltd, in which it would provide Hire Image with a Web Based Applicant Background Screening System.

Hire Image informs us, that since the inception of this contract, Unified Technologies has deceived, defrauded, and manipulated Hire Image in every aspect of the business relationship, which existed between Unified Technologies and Hire Image, and has, in doing so, breached its obligations under the contract at issue.

Hire Image relied upon the "About Us" statement, published by Unified Technologies, in which the company boasts significant experience and "60+ employees worldwide." After entering into the agreement with Unified Technologies, however, Hire Image was horrified to learn, from Unified Technologies own subcontractor, that these statements were blatantly false. Specifically, that Unified Technologies' experience was extremely limited and therefore, that all projects were to be subcontracted out to the lowest bidder.

Furthermore, according to the Project Plan, located in paragraph 5 of the Software Development Contract, Unified Technologies, was obligated to adhere to the following timeline:

Kind Attn: Shri Deepak Kumar
Examination Controller.

| **Milestones**: | **Date of Completion**: |
|---|---|
| Project Initiation | 22nd May 2006 |
| Requirement Phase | 12th June 2006 |
| Design Phase | 3rd July 2006 |
| Development Phase | 11th September 2006 |
| Testing Phase | 27th September 2006 |
| Product Delivery (Go Live & Closure) | 6th October 2006 |

Unified Technologies has failed to meet even one of the above-referenced deadlines, thereby further breaching its contract with Hire Image. Moreover, in an e-mail dated May 5, 2007, it is admitted, expressly, that Unified Technologies cannot provide any assurances to Hire Image with regard to the completion of this project.

As you are aware, Hire Image has already paid Unified Technologies $59,607.00, for which it has received absolutely nothing. Additionally, Hire Image has incurred $42,180.00 in having Unified Technologies sub-standard work reviewed and evaluated by EBility Solutions to determine whether it should even attempt to proceed in production of the software. EBility Solutions has estimated that Hire Image will need to invest another $85,000.00 in order for them to create the software Unified Technologies could not.

Based on Unified Technologies blatant breach of contract, Hire Image demands payment of **One Hundred and One Thousand Seven Hundred and Eighty-Seven Dollars ($101,787.00)**. This is inclusive of all monies previously paid to Unified Technologies, as well as the costs incurred as a result of Unified Technologies' breach.

If this amount is not paid and it becomes necessary for us to sue, the suit will be for **$101,787.00** plus costs and attorney's fees. Obviously, Unified Technologies would also be responsible for its own legal fees.

Lastly, Hire Image has also been informed that Unified Technologies, and/or its executives, have been, or plan to utilize its software, to open and operate an employee screening business. If so, Unified Technologies is also in breach of the Non-Disclosure of Confidential Information clause, located in paragraph 1 of the Non-Disclosure Agreement. Unified Technologies shall cease using this program immediately, or face an additional suit in equity, in which Hire Image will demand any and all applicable injunctive remedies. Note, any individual or entity, which is aware of the existence of said Non-Disclosure Agreement, and in spite of that knowledge, continues to use Hire Image's property, without express written consent, will also face a suit in equity, as well as a suit for any and all economic damages, which arise as a consequence of said use.

We suggest that you or your attorney contact us immediately so that we can bring this matter to a speedy resolution. Should you, or a representative of yours, fail to contact us by June 22, 2007, at 5:00 P.M, Eastern Standard Time, our client has authorized us to file suit.

Kind Attention: Shri Deepak Kumar.
Examination Controller

Thank you for your attention to the above, I look forward to hearing from you, or your attorney, directly in this matter.

Sincerely,

Tracy J. Steinbach
Tracy J. Steinbach, Esq.

Cc:
Vineet Dwivedi
Amogha Infotech Pvt. Ltd.
1536, 26th Main, 25th E Cross
Sector 2, HSR Layout
Bangalore – 560034, India

Abhijit Ray
Hexaware Technologies
800 South Main Street, Suite #302
Mansfield, Massachusetts 02048

Christine Cunneen
6 Alcazar Avenue
Johnston, Rhode Island 02919