AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

Hire Image LLC v. Unified Technologies PVT LTD.

EXHIBIT AND WITNESS LIST

CASE NUMBER: CA07-293S

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William E. Smith | Tracy Steinbach | — |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| Jan. 25, 2008 | Karen Wischnowsky | Wendy Geile |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 4 | | 1/25/08 | ID | | Return Receipt for International Mail |

include a notation as to the location of any exhibit not held with the case file or not available because of size.