**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **HIRE IMAGE LLC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **No. 07-293 S** |
| | ) | |
| **UNIFIED TECHNOLOGIES PVT. LTD. d/b/a TechUnified** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE**

The above matter came on to be heard before this Honorable Court on the twenty-fifth day of January, 2008, Justice William E. Smith presiding on Plaintiff's Motion to Strike, and after hearing thereon and in consideration thereof, it is hereby:

**ORDERED, ADJUDGED, AND DECREED:**

Plaintiff's Motion to Strike is granted; the Defendant's "Reply" shall be stricken in its entirety;

2/4/08
Date

[signature]
District Judge

Presented by:

/s/ Tracy J. Steinbach
Tracy J. Steinbach
Rhode Island State Bar No. 7492
1100 Turks Head Building
Providence, RI 029093
(401) 272-9000
(401) 272-9020 (fax)
Email: tracy@kaplanassociatesinc.com