**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **HIRE IMAGE LLC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **No. 07-293 S** |
| | ) | |
| **UNIFIED TECHNOLOGIES PVT. LTD.** | ) | |
| **d/b/a TechUnified** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

The above matter came on to be heard before this Honorable Court on the twenty-fifth day of January, 2008, Justice William E. Smith presiding on Plaintiff's Motion for Default Judgment, and after hearing thereon and in consideration thereof, it is hereby:

**ORDERED, ADJUDGED, AND DECREED:**

(1) Plaintiff's motion for Default Judgment is granted;

(2) Plaintiff is entitled to Judgment by Default in the amount of $101,787.00, the amount claimed, plus interest at the legal rate in effect on the date of this judgment.

2/19/08
Date

WSmith
District Judge

Presented by:

Tracy J. Hermann

Tracy J. Hermann, Esq.
Rhode Island State Bar No. 7492
1100 Turks Head Building
Providence, RI 029093
(401) 272-9000
(401) 272-9020 (fax)
Email: tracy@kaplanassociatesinc.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Order was filed with the Clerk of the Court via hand delivery, and that a true copy was served via international mail, postage prepaid, upon Chandra Prakash, attorney for the Defendant in this action, at the following postal address:

Chandra Prakash at Lex Global Legal Consultants, Chamber No. 20A, Lawyers Chambers, Supreme Court of India, New Delhi— 110001, India

this 21st day of February, 2008.

Tracy J. Hermann

Tracy J. Hermann, Esq.
Rhode Island State Bar No. 7492
1100 Turks Head Building
Providence, RI 029093
(401) 272-9000
(401) 272-9020 (fax)
Email: tracy@kaplanassociatesinc.com