**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**DEFAULT JUDGMENT IN A CIVIL CASE**

**Hire Image LLC**

**Plaintiff**

**V.**

**Case Number: C.A. 07-293S**

**Unified Technologies PVT. LTD**
**d/b/a Tech Unified**

**Defendant**

**Jury Verdict.**

**X Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

**IT IS ORDERED AND ADJUDGED**

**Judgment shall enter for the Plaintiff, Hire Image, LLC., against the Defendant, Unified Technologies PVT, LTD d/b/a Tech Unified pursuant to the Court's Order dated February 19, 2008 granting Plaintiff's Motion for Default Judgment.**

**BY ORDER:**

Karen Baldwin

**February 21, 2008**
**Date**

**Deputy Clerk**

14