**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **HIRE IMAGE LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **No. 07-293S** |
| | ) | |
| **UNIFIED TECHNOLOGIES PVT. LTD.** | ) | |
| **d/b/a TechUnified** | ) | |
| | ) | |
| **Defendant.** | ) | |

**Plaintiff's Motion for the Award of Costs**

Now comes the Plaintiff, Hire Image LLC, and by and through the undersigned attorneys, hereby moves for the award of costs pursuant to Judgment having been entered in the above entitled action on February 21, 2008.

In support of its motion, Plaintiff relies upon the attached Memorandum of Law, Bill of Costs, and Supporting Affidavit.

Plaintiff
By its Attorneys
Kaplan & Associates Inc.

/s/ Tracy J. Hermann
Tracy J. Hermann, Esq.
Rhode Island State Bar No. 7492
1100 Turks Head Building
Providence, RI 029093
(401) 272-9000
(401) 272-9020 (fax)
Email: tracy@kaplanassociatesinc.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion for the Award of Costs was filed with the Clerk of the Court using the CM/ECF system, and that a true copy was served via international mail, postage prepaid, upon Chandra Prakash, attorney for the Defendant in this action, at the following postal address:

Chandra Prakash at Lex Global Legal Consultants, Chamber No. 20A, Lawyers Chambers, Supreme Court of India, New Delhi— 110001, India

this 29th day of February, 2008.

/s/ Tracy J. Hermann
Tracy J. Hermann
Rhode Island State Bar No. 7492
1100 Turks Head Building
Providence, RI 029093
(401) 272-9000
(401) 272-9020 (fax)
Email: tracy@kaplanassociatesinc.com