**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **HIRE IMAGE LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **No. 07-293S** |
| | ) | |
| **UNIFIED TECHNOLOGIES PVT. LTD.** | ) | |
| **d/b/a TechUnified** | ) | |
| | ) | |
| **Defendant.** | ) | |

**AFFIDAVIT OF TRACY J. HERMANN, ESQ. (# 7492) IN SUPPORT OF MOTION FOR THE AWARD OF COSTS**

Now comes Tracy J. Hermann, Esq. (#7492) who, upon oath, deposes and states as follows:

1. I am an associate in the firm of Kaplan & Associates Inc. ("Firm"), which represents the Plaintiff in the above-captioned action.

2. I am currently licensed to practice law in Rhode Island and have been admitted to the Federal Bar for the District of Rhode Island.

3. The amounts listed in the proposed Bill of Costs, totaling $455.04, as supported by the Itemized List, are correct.

4. All of the services reflected in the Bill of Costs were actually performed and were necessary to the presentation of the movant's case.

5. All disbursements reflected in the bill of costs represent obligations actually incurred and necessary to the presentation of the movant's case.

Tracy J. Hermann

Tracy J. Hermann, Esq. #7492
Kaplan & Associates Inc.
1100 Turks Head Building
Providence, RI 02903
Telephone: 401-272-9000
Facsimile: 401-272-9020

Sworn and subscribed to before me in the City of Providence, County of Providence, State of Rhode Island on 2-29-2008.

Notary Public Gail H. Guatieri
My commission expires: 8/24/2011

**CERTIFICATION**

I hereby certify that on 29th day of February, 2008 I mailed a true and correct copy of this Affidavit, by first class international mail, postage prepaid, to:

Chandra Prakash at Lex Global Legal Consultants, Chamber No. 20A, Lawyers Chambers, Supreme Court of India, New Delhi—110001, India