# ITEMIZATION OF COSTS

- **Fees of the Clerk:**
  - Complaint Filing Fee: $350.00

- **Fees for Service of Summons and Subpoena:**
  - Service of Complaint and Summons upon Attorney Chandra Prakash, Registered International Mail, return Receipt Requested $20.95
  - Service of Complaint and Summons upon TechUnified, Registered International Mail, Return Receipt Requested $20.95

- **Fess and Disbursements for Printing:**
  - Copies and paper costs incurred in firm $0.05/page @ 659 pages $32.95

- **Docket Fees**
  - Please see attached Pacer Billing History Report $1.52

- **Other Costs**
  - Postage:
    - Demand letter to Abhijit Ray (5/22/07) $0.41
    - Copy of Demand letter to client (5/22/07) $0.41
    - Demand letter to TechUnified, India (6/28/07) $0.90
    - Motion for Default Judgment sent to Defendant's counsel in India (10/29/07) $14.10
    - Motion to Strike sent to Defendant's counsel in India (11/19/07) $0.90
    - Copy of Order Granting Default Judgment sent to Defendant's counsel in India (2/22/08) $0.90
    - Copy of Motion for Costs and supporting documents sent to Defendant's counsel in India (2/29/08) $0.90