**PACER User:**

**Court:** 0103 District of Rhode Island

| Date | Time | Pages | Client Code | Description | Search Criteria |
|---|---|---|---|---|---|
| 10/12/2007 | 09:25:59 | 1 | | Docket Report | 1:07-cv-00293-S-DLM |
| | SUB TOTAL: | 1 | pages | | |
| | $ | 0.08 | charges | | |

| Date | Time | Pages | Client Code | Description | Search Criteria |
|---|---|---|---|---|---|
| 11/13/2007 | 11:59:30 | 1 | hireimage | Docket Report | 1:07-cv-00293-S-DLM |
| | 12:00:08 | 1 | hireimage | Image7-0 | 1:07-cv-00293-S-DLM Document 7-0 |
| | 12:02:44 | 2 | hireimage | Image5-0 | 1:07-cv-00293-S-DLM Document 5-0 |
| | 17:30:03 | 1 | hireimage | Docket Report | 1:07-cv-00293-S-DLM |
| | 17:32:36 | 1 | hireimage | Docket Report | 1:07-cv-00293-S-DLM |
| | SUB TOTAL: | 6 | pages | | |
| | $ | 0.48 | charges | | |

| Date | Time | Pages | Client Code | Description | Search Criteria |
|---|---|---|---|---|---|
| 11/15/2007 | 10:20:47 | 1 | hireimage | Docket Report | 1:07-cv-00293-S-DLM |
| | 10:49:25 | 1 | hireimage | Docket Report | 1:07-cv-00293-S-DLM |
| | SUB TOTAL: | 2 | pages | | |
| | $ | 0.16 | charges | | |

| Date | Time | Pages | Client Code | Description | Search Criteria |
|---|---|---|---|---|---|
| 11/26/2007 | 10:53:35 | 1 | Hire Image | Docket Report | 1:07-cv-00293-S-DLM |
| | SUB TOTAL: | 1 | pages | | |
| | $ | 0.08 | charges | | |

| Date | Time | Pages | Client Code | Description | Search Criteria |
|---|---|---|---|---|---|
| 11/30/2007 | 14:34:51 | 1 | hire image | Docket Report | 1:07-cv-00293-S-DLM |
| | SUB TOTAL: | 1 | pages | | |
| | $ | 0.08 | charges | | |

| Date | Time | Pages | Client Code | Description | Search Criteria |
|---|---|---|---|---|---|
| 12/10/2007 | 10:40:11 | 1 | hire image | Docket Report | 1:07-cv-00293-S-DLM |
| | SUB TOTAL: | 1 | pages | | |
| | $ | 0.08 | charges | | |

| Date | Time | Pages | Client Code | Description | Search Criteria |
|---|---|---|---|---|---|
| 12/28/2007 | 16:27:53 | 1 | hire image | Docket Report | 1:07-cv-00293-S-DLM |
| | SUB TOTAL: | 1 | pages | | |
| | $ | 0.08 | charges | | |

| Date | Time | Pages | Client Code | Description | Search Criteria |
|---|---|---|---|---|---|
| 02/06/2008 | 08:37:50 | 2 | hire image | Docket Report | 1:07-cv-00293-S-DLM |
| | SUB TOTAL: | 2 | pages | | |
| | $ | 0.16 | charges | | |

| Date | Time | Pages | Client Code | Description | Search Criteria |
|---|---|---|---|---|---|
| 02/20/2008 | 14:49:57 | 2 | hire image | Docket Report | 1:07-cv-00293-S-DLM |
| | SUB TOTAL: | 2 | pages | | |
| | $ | 0.16 | charges | | |

| Date | Time | Pages | Client Code | Description | Search Criteria |
|---|---|---|---|---|---|
| 02/22/2008 | 09:47:45 | 2 | Hire Image | Image13-1 | 1:07-cv-00293-S-DLM Document 13-1 |
| | SUB TOTAL: | 2 | pages | | |
| | $ | 0.16 | charges | | |

| | | |
|---|---|---|
| TOTAL: | 19 | pages |
| $ | 1.52 | charges |