**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **HIRE IMAGE LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **No. 07-293S** |
| | ) | |
| **UNIFIED TECHNOLOGIES PVT. LTD.** | ) | |
| **d/b/a TechUnified,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**Plaintiff's Memorandum in Support of its Motion for the Award of Attorney's Fees**

Plaintiff, Hire Image LLC, respectfully submits this memorandum in support of its Motion for the Award of Attorney's Fees.

**Facts**

1. On August 6, 2007, Plaintiff filed a complaint against the Defendant.

2. On August 7, 2007, pursuant to Federal Rule of Civil Procedure 4(f), a summons and true copy of the complaint was served upon Chandra Prakash, attorney for the Defendant in this action, via international registered mail, postage prepaid, return receipt requested, to the following address:

   Chandra Prakash at Lex Global Legal Consultants,
   Chamber No. 20 A, Lawyers Chambers, Supreme Court of India,
   New Delhi – 110001, India

3. As evidenced by an official Return Receipt for International Mail, Defendant was properly served with the Summons and Complaint on August 21, 2007.

4. On October 12, 2007, the Defendant, having failed to file an answer or make any response to the complaint, in an attempt to defend this matter, was found to be in default by the clerk of this Honorable Court, pursuant to the Federal Rules of Civil Procedure, Rule 55(a).

5. On November 13, 2007, Plaintiff filed a Motion for Default Judgment, set to be heard on January 25, 2008, the Honorable Judge William E. Smith presiding.

6. After Hearing, in an Order dated February 19, 2008, the Court granted Plaintiff's motion for Default Judgment.

7. On February 21, 2008, Judgment was entered against the Defendant.

## Argument

### Attorney's Fees Should Be Awarded to Plaintiff, the Prevailing Party, Pursuant to a Default Judgment

Pursuant to the *Erie* doctrine, "federal courts sitting in diversity apply state substantive law and federal procedural law." Gasperini v. Center for Humanities, Inc., 518 U.S. 415, 427 (1996). Accordingly, this Court has applied Rhode Island General Law §9-1-45 when a party's right to collect attorney's fees, in diversity contract matters. See e.g. Ross-Simons of Warwick, Inc. v. Baccarat, Inc., 66 F.Supp.2d 317, 331 (D.R.I. 1999) (held that parties were not entitled to attorney's fees under R.I.G.L. §9-1-45 due to the fact that parties did not default and there was a justiciable issue of law.)

Pursuant to R.I.G.L. §9-1-45 the court may award a reasonable attorney's fee to the prevailing party in a contract action when the court "renders a default judgment against the losing party." In this matter, Plaintiff sought and obtained a default judgment against the defendants from this Court. Therefore, this matter is clearly within the contemplation of R.I.G.L. §9-1-45.

This court may use discretion in determining whether the attorney's fee sought is reasonable pursuant to the statute. Thus, to allow this court to consider this, and pursuant to LR Cv 54.1, Plaintiff has provided Affidavits in support of the reasonableness of the

fee. Due to Plaintiff's compliance with the rules of this Court, nothing should obstruct the award of attorney's fees in favor of the Plaintiff.

**WHEREFORE**, the Plaintiff, Hire Image, prays as follows:

1. That the Plaintiff's Motion for the Award of Attorney's Fees be granted, and that all times billed at the hourly rate be charged to the Defendant forthwith.

Plaintiff
By its Attorneys
Kaplan & Associates Inc.

/s/ Tracy J. Hermann
Tracy J. Hermann, Esq.
Rhode Island State Bar No. 7492
1100 Turks Head Building
Providence, RI 029093
(401) 272-9000
(401) 272-9020 (fax)
Email: tracy@kaplanassociatesinc.com

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Memorandum in Support of Plaintiff's Motion for the Award of Costs was filed with the Clerk of the Court using the CM/ECF system, and that a true copy was served via international mail, postage prepaid, upon Chandra Prakash, attorney for the Defendant in this action, at the following postal address:

Chandra Prakash at Lex Global Legal Consultants, Chamber No. 20A, Lawyers Chambers, Supreme Court of India, New Delhi—110001, India

this 4th day of March, 2008.

/s/ Tracy J. Hermann

Tracy J. Hermann, Esq.
Rhode Island State Bar No. 7492
1100 Turks Head Building
Providence, RI 029093
(401) 272-9000
(401) 272-9020 (fax)
Email: tracy@kaplanassociatesinc.com