**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **HIRE IMAGE LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **No. 07-293S** |
| | ) | |
| **UNIFIED TECHNOLOGIES PVT. LTD.** | ) | |
| **d/b/a TechUnified** | ) | |
| | ) | |
| **Defendant.** | ) | |

**AFFIDAVIT OF TRACY J. HERMANN, ESQ, (# 7492) IN SUPPORT OF MOTION FOR ATTORNEY'S FEE**

Now comes Tracy J. Hermann, Esq. (#7492) who, upon oath, deposes and states as follows:

1. I am an associate in the firm of Kaplan & Associates Inc. ("Firm"), which represents the Plaintiff in the above-captioned action.

2. I am currently licensed to practice law in Rhode Island and have been admitted to the Federal Bar for the District of Rhode Island.

3. That the attorney's fee of Four Thousand Three Hundred and Seventy-Eight Dollar and Fifty cents ($4,378.50) is fair and reasonable in light of the factors enumerated by the Rhode Island Rules of Professional Conduct, Rule 1.5, specifically:
   a. The experience, reputation, ability and skill of affiant and/or the affiant's firm in performing legal service.
   b. Diligence displayed by affiant.
   c. Amount involved, to wit One Hundred One Thousand, Seven Hundred Eighty-Seven Dollars ($101,787.00), exclusive of interest and costs.
   d. Fee customarily charged in the locality for similar legal services.

4. The total time spent to date is 36.99 hours. The hourly rate for the attorney, Tracy Hermann, is $150.00 per hour and 13.59 hours have been expended. The rate for the legal assistant is $100.00 per hour and 23.40 hours have been expended. These periods are specifically itemized below:

a. 5/9/2007:
   i. 0.20 hours spent by Attorney in a telephone conversation with the client regarding issues to be addressed in the demand letter
   ii. 1.56 hours spent by Attorney drafting and editing the demand letter regarding the contractual dispute and collection matter
b. 5/16/2007:
   i. 0.41 hours spent by Attorney reviewing clients comments, and adjusting the demand letter accordingly
c. 5/21/2007:
   i. 0.10 hours spent by Attorney researching foreign service of process.
   ii. 0.40 hours spent by Attorney finalizing demand letter.
d. 5/22/2007:
   i. 0.20 hours spent by Attorney forwarding demand letters to all parties involved, and utilizing post office for international mailings.
e. 6/25/2007:
   i. 0.75 hours spent by Attorney reviewing documents and drafting letter to adress Vineet/Amogha threat of copyright infringement.
f. 6/26/2007:
   i. 0.10 hours spent by Attorney reviewing and editing demand letter to Vineet.
g. 6/29/2007:
   i. 0.21 hours spent by Attorney forwarding letter to Vineet and client, via email and international mail.
h. 7/20/2007:
   i. 3.00 hours spent by Legal Assistant researching and drafting memoranda regarding personal jurisdiction questions.
i. 7/23/2007:
   i. 4.00 hours spent by Legal Assistant drafting complaint and copying documents necessary for Complaint.
j. 7/25/2007:
   i. 0.20 hours spent by Attorney editing Complaint.
k. 8/6/2007:
   i. 0.60 hours spent by Legal Assistant filing Complaint with the Court, copying the complaint and accompanying documents.
l. 8/7/2007:
   i. 1.70 hours spent by Legal Assistant researching manner of service, postage, copying documents necessary for service, and forwarding Complaint via International Register Mail at post office.
m. 10/3/2007:
   i. 0.15 hours spent by Attorney having federal documents notarized and scanning into PDF for electronic filing.

n. 10/12/2007:
    i. 0.70 hours spent by Attorney drafting and editing motion for Entry of Default by Clerk and Supporting Affidavit.
    ii. 0.30 hours spent by Attorney by electronic filing of motion for entry of default by clerk and supporting affidavit for same.
o. 10/23/2007:
    i. 0.25 hours spent by Attorney drafting and editing motion for default judgment and proposed order.
p. 10/24/2007:
    i. 0.41 hours spent by Attorney editing motion for default judgment and proposed order.
q. 10/29/2007:
    i. 1.00 hours spent by Legal Assistant uploading motion for default judgment, default judgment, and forwarding copies of the same via international mail at the post office.
r. 11/15/2007:
    i. 0.70 hours spent by Legal Assistant filing documents necessary for default on PACER, posting copy to India.
s. 11/26/2007:
    i. 0.05 hours spent by Attorney reviewing court docket to see if final default had entered.
t. 12/18/2007:
    i. 2.10 hours spent by Legal Assistant drafting motion to strike and researching grounds for motion.
u. 12/19/2007:
    i. 0.80 hours spent by Attorney drafting and editing motion to excluded Defendant's response.
    ii. 1.10 hours spent by Attorney drafting and editing memorandum in support of motion to exclude defendant's response.
v. 12/20/2007:
    i. 1.70 hours spent by Attorney reviewing, revising, and electronically filing Motion and Memorandum in Support of Motion to exclude Defendant's response.
    ii. 0.80 hours spent by Legal Assistant editing motion to strike.
w. 12/28/2007:
    i. 0.10 hours spent by Attorney on a telephone conversation with client regarding motion to strike.
    ii. 0.05 hours spent by Attorney forwarding motion to strike and memo in support to client.
x. 1/7/2008:
    i. 0.10 hours spent by Attorney on a telephone conversation with the federal court clerk.
    ii. 0.30 hours spent by Attorney forwarding Defendant's response to court clerk.

y. 1/24/2008:
   i. 0.60 hours spent by Attorney preparing for hearing on motion to strike and motion for default judgment.
z. 1/25/2008:
   i. 0.90 hours spent by Attorney appearing in court on motion to strike and motion for default judgment.
aa. 2/1/2008:
   i. 0.30 hours spent by Attorney drafting and editing orders to strike and for default judgment.
bb. 2/20/2008:
   i. 0.10 hours spent by Attorney reviewing court docket via PACER and calling court regarding judgment not yet entered.
cc. 2/21/2008:
   i. 0.30 hours spent by Attorney determining procedure for motion regarding costs and Attorney's fees.
   ii. 0.10 hours spent by Attorney on a telephone conversation to court clerk regarding incorrect docketing.
dd. 2/22/2008:
   i. 0.20 hours spent by Attorney retrieving documents from PACER, printing and scanning documents and forwarding said documents to clients.
ee. 2/29/2008:
   i. 3.10 hours spent by Legal Assistant drafting documents necessary for filing for costs, including bill of costs, affidavit, motion, memo in support and for filing for attorney's fees, including affidavit and motion.
   ii. 1.00 hours spent by Attorney finalizing all necessary documents, converting to appropriate form for e-filing, and e-filing all necessary documents.
ff. 3/4/2008:
   i. 3.20 hours spent by Legal Assistant drafting documents necessary for filing for attorney's fees including attorney affidavit, motion and memorandum in support, and e-filing.
   ii. 0.25 hours spent by Attorney reviewing documents necessary for filing for Attorney's fees.

5. These expenditures of time were necessary in order to diligently represent our client in this matter, including, without limitation, researching, corresponding with the client, and drafting documents necessary for filing in court. All expenditures in time were reasonably necessary as they clearly all related to advancing the progress of this case through the court.

6. I am familiar with the hourly fee customarily charged by counsel in like cases, and $150.00 per hour is a reasonable rate.

7. Counsel and client entered into a fee agreement, whereby client agreed to pay attorney $150.00 per hour, and the fees of others in the office including other attorneys and the office assistant. The fee agreement with client did also required the client to pay any expenditures made by Kaplan & Associates Inc. on its behalf. Fee agreement was without limitations, aside from those legally required, which was provided in the clients rights and responsibilities, where client was informed that it was entitled to diligent representation.

Tracy J. Hermann
Tracy J. Hermann, Esq. #7492
Kaplan & Associates Inc.
1100 Turks Head Building
Providence, RI 02903
Telephone: 401-272-9000
Facsimile: 401-272-9020

Sworn and subscribed to before me in the City of Providence, County of Providence, State of Rhode Island on March 4, 2008.

Notary Public
My commission expires: 7/18/09

**CERTIFICATION**

I hereby certify that on_________ day of __________, 2008 I mailed a true and correct copy of this Application and Affidavit, by first class mail, postage prepaid, to:

Chandra Prakash at Lex Global Legal Consultants, Chamber No. 20A, Lawyers Chambers, Supreme Court of India, New Delhi—110001, India

/s/ Tracy J. Hermann
Tracy J. Hermann
Rhode Island State Bar No. 7492
1100 Turks Head Building
Providence, RI 029093
(401) 272-9000
(401) 272-9020 (fax)
Email: tracy@kaplanassociatesinc.com