**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **HIRE IMAGE LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **No. 07-293S** |
| | ) | |
| **UNIFIED TECHNOLOGIES PVT. LTD.** | ) | |
| **d/b/a TechUnified** | ) | |
| | ) | |
| **Defendant.** | ) | |

**AFFIDAVIT OF EDWARD MANNING, ESQ, (# 4065) IN SUPPORT OF MOTION FOR ATTORNEY'S FEE**

Now comes Edward Manning, Esq. (#4065) who, upon oath, deposes and states as follows:

1. I am the sole practioner in the Law Offices of Edward Manning.

2. I am currently licensed to practice law in Rhode Island.

3. I am experienced in handling cases similar to this matter, where parties are in dispute over contract.

4. I am also familiar with the usual and customary charges by attorneys in the community who have comparable experience to Attorney Hermann in similar cases.

5. That the hourly fee of $150.00 per hour for the work of Attorney Hermann, and $100.00 per hour for the work of the Legal Assistant, requested by Attorney Hermann, is reasonable in light of my experience and knowledge of the customary charges in the community.

Edward Manning, Esq. #4065
Law Offices of Edward Manning
1100 Turks Head Building, Suite 1101
Providence, RI 02903
Telephone: 401-457-0202
Facsimile: 401-457-0203

Sworn and subscribed to before me in the City of Providence, County of Providence, State of Rhode Island on 2/29/2008.

Notary Public
My commission expires:

Daniel S. Kaplan
Notary Public, State of RI
No. 32250
Commission Expires: 03/08/09

**CERTIFICATION**

I hereby certify that on 29th day of February, 2008 I mailed a true and correct copy of this Affidavit, by first class international mail, postage prepaid, to:

Chandra Prakash at Lex Global Legal Consultants, Chamber No. 20A, Lawyers Chambers, Supreme Court of India, New Delhi—110001, India

Tracy J. Hermann